UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TYSON MARSHEK,<br><br>               Plaintiff,<br><br>   v.<br><br>T-MOBILE USA, INC.,<br><br>               Defendant. | CASE NO. 11-5476 RJB-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

    This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge J. Richard Creatura. Dkt. 10. The Court has considered the Report and Recommendation, objections, if any, and the remaining record.

    The Report and Recommendation (Dkt. 10), recommending dismissal of this case with prejudice, should be adopted. The Report and Recommendation notes that Plaintiff filed a notice of dismissal with prejudice (Dkt. 9). Although Plaintiff's copy of the Report and Recommendation was returned to the Court as undeliverable by the U.S. Postal Service, the Report and Recommendation's recommendations are consistent with Plaintiff's motion to dismiss the matter with prejudice. Further, Defendant did not object.

It is hereby **ORDERED** that:

The Report and Recommendation (Dkt. 10) is **ADOPTED**; and

This case is **DISMISSED WITH PREJUDICE**.

The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate Judge J. Richard Creatura, all counsel of record, and to any party appearing *pro se* at said party's last known address.

Dated this 31st day of October, 2011.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge