# United States District Court

WESTERN DISTRICT OF WASHINGTON

TYSON MARSHEK

v.

T-MOBILE USA, INC.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5476RJB/JRC

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation (Dkt. 10) is **ADOPTED**; and

This case is **DISMISSED WITH PREJUDICE.**

November 1, 2011

WILLIAM M. McCOOL
Clerk

*s/CM Gonzalez*
Deputy Clerk